He's not present, and we're going to proceed. Thank you, Your Honor. Good morning. May it please the Court... Since you don't have any opponent, do you wish to submit your case on the brief? I don't have a problem submitting it. However, I would like to clarify something in the record as to the fact that plaintiff seems to be alleging a new theory or cause of action as to a hostile work environment or pattern of harassment that was not contained in the complaint. And as he admits, it was never raised in the court below, and it was never raised because they understood that they had no requirement of raising their important cause of action. Certainly, I invite the Court to view the complaint. There is not even a word of a hostile work environment. The word pattern of harassment is not being used. So I just wanted to clarify that the allegations in the complaint are strictly as to political discrimination for an alleged inferior work condition, adverse employment action. Absent an adverse employment action, there is no political discrimination. His own witness, Ayala, confirms the fact that he was given more duties, more responsibilities, and that his salary remained the same, and he continues performing his supervisory duties. I don't know if the Court has any more questions. Looks like everybody's hungry and wants to go to lunch.